# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

U.S.A. vs. Chelsey Nichole McNeil                    Docket No. 7:11-CR-110-1BR

### Petition for Action on Probation

COMES NOW Arthur B. Campbell, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Chelsey Nichole McNeil, who, upon an earlier plea of guilty to Distribution and Dispensing Hydrocodone Without a Prescription in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on April 2, 2012, to a 60 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abide by all conditions and terms of the home detention program for a period of 8 months. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

3. The defendant shall be confined in the custody of the Bureau of Prisons from 5:00 pm p.m. each Friday until 7:00 am a.m. each Monday for a period of 2 consecutive weekends, commencing and shall abide by all rules and regulations of the designated facility.

4. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has been supervised by Supervisory U.S. Probation Officer Michael Barr, Middle District of North Carolina. On January 22, 2013, this officer received a letter from Officer Barr requesting that the court remit the remaining time on the defendant's home detention term. Officer Barr states that the defendant is suffering from Lupus and Rheumatoid Arthritis, which was noted in the Presentence Report, and is also pregnant. As a result of her conditions, she has been hospitalized on several occasions, and she has been essentially restricted to her home. Due to her physical conditions and associated symptoms, Officer David Brewer has had to respond to the residence on multiple occasions to adjust or remove her monitoring band.

It is noted that Ms. McNeil has completed approximately 6 ½ months of her 8-month term of home detention/electronic monitoring. Ms. McNeil successfully completed her two consecutive weekends of custody on November 19, 2012. Based on her medical conditions, Officer Barr is requesting that the court remit the remaining term of her home detention/electronic monitoring. The officer also notes that the most recent risk assessment completed for Ms. McNeil scored her as presently a low risk to re-offend.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The remaining term of home detention/location monitoring be remitted and that the remainder of her supervision continue under the same conditions originally imposed.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Jeffrey L. Keller | /s/Arthur B. Campbell |
| Jeffrey L. Keller | Arthur B. Campbell |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8677 |
| | Executed On: January 28, 2013 |

Chelsey Nichole McNeil
Docket No. 7:11-CR-110-1BR
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this  28   day of   January   , 2013, and ordered filed and made a part of the records in the above case.

_____      /s/ W. Earl Britt   ___
W. Earl Britt
Senior U.S. District Judge