# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

     v.        Crim. No. 7:11-CR-110-1BR

**CHELSEY NICHOLE MCNEIL**

  On April 2, 2012, the above-named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

           I declare under penalty of perjury that the foregoing is true and correct.

           /s/ Michael C. Brittain  
           Michael C. Brittain  
           Senior U.S. Probation Officer  
           310 New Bern Avenue, Room 610  
           Raleigh, NC 27601-1441  
           Phone: 919-861-8674  
           Executed On: December 23, 2015

## ORDER OF COURT

  Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this  29  day of  December , 2015.

           W. Earl Britt  
           Senior U.S. District Judge